IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WORKMAN, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-749 |
| | ) | Judge Terrence F. McVerry/ |
| DR. JIN; SCI MEDICAL DEPT., | ) | Magistrate Judge Amy Reynolds Hay |
| Defendants | ) | |

**O R D E R**

AND NOW, this 27th day of September, 2007, after the plaintiff, Robert Workman, filed an action in the above-captioned case and was granted permission to proceed as a pauper, and after the Court issued an Order for plaintiff to submit an initial filing fee and an Authorization, the latter of which was required so that appropriate withdrawals from plaintiff's inmate account could be made until the full filing fee was paid, and after plaintiff failed to pay the initial fee and submit the Authorization the Court issued another Order directing Plaintiff to show cause why his case should not be dismissed for failure to prosecute, and upon plaintiff's failure to respond to the Order to Show Cause the United States Magistrate Judge issued a Report and Recommendation granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the instant case is DISMISSED upon plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

s/ Terrence F. McVerry  
United States District Judge

cc: Hon. Amy Reynolds Hay
    United States Magistrate Judge

    Robert Workman
    AT-0848
    SCI Greene
    175 Progress Drive
    Waynesburg, PA 15370